

**INVOICE**

The Commonwealth of Massachusetts
*County of Barnstable*
**Sheriff's Department**
Civil Process Unit

3261 Main Street
P.O. Box 729
Barnstable Village, MA 02630
Telephone: 508-362-9578
Fax: 508-362-7012

**James M. Cummings**
Sheriff

David S. Smith, Esq.
Farrell & Smith LLP
60 Washington Street, Suite 303
Salem MA 01970

Phone: 978-744-8918

*Please remit to:*
P.O. Box 729
Barnstable Village, MA 02630

Amount Due: $ 47.50
Invoice #: 18005529
Invoice Date: 10/15/2018

Your File #:

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

---

## Payment Due Upon Receipt

Writ: Summons, Complaint with Exhibits, Civil Cover Sheet & Category Sheet

Please send a copy of this invoice with your remittance

Ernest Prete
vs.
Xiphias Enterprises, Inc.

Invoice #: 18005529
Invoice Date: 10/15/2018

Serve:  Xiphias Enterprises, Inc.
        830 West Main Street
        Hyannis MA 02601

Served by Deputy Sheriff: Brad Parker
Service Date/Time: 10/12/2018  12:20 pm
Method of Service: In Hand

| Fees | Amount |
|---|---|
| Attest (1) | 5.00 |
| Basic Service | 30.00 |
| Conveyance | 3.00 |
| Postage & Handling | 2.00 |
| Travel | 7.50 |
| **Total Fees** | **47.50** |

Amount Due:   47.50

Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ERNEST PRETE**

*Plaintiff*

v.

**JP MORGAN CHASE BANK, ET AL.**

*Defendant*

Civil Action No.:
**1:18–CV–12083–RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Xiphias Enterprises, Inc.
830 West Main Street
Hyannis, MA 02601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David S. Smith, Esq.
Farrell + Smith LLP
60 Washington St. Ste. 303
Salem, MA 01970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Christina McDonagh**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2018–10–05 13:21:43.0, Clerk USDC DMA

Civil Action No.: **1:18–CV–12083–RGS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date)_____ and mailed a copy to the individual's last known address; or

**Barnstable County Sheriff's Office      3261 Main Street, Barnstable MA 02630   Telephone (508) 362-9578**
**Barnstable, SS**
                                                                                **October 15, 2018**
**I hereby certify and return that on 10/12/2018 at 12:20 PM I served a true and attested copy of the Summons, Complaint with Exhibits, Civil Cover Sheet & Category Sheet in this action in the following manner: To wit, by delivering in hand to Kathryn Brazil, Agent/Person in Charge at Time of Service for Xiphias Enterprises, Inc. (Hyannis Honda) at 830 West Main Street, Hyannis, MA 02601. Attest (1) ($5.00) Basic Service ($30.00) Conveyance ($3.00) Postage & Handling ($2.00) Travel ($7.50) Total: $47.50**

*Brad Parker*

**Deputy Sheriff   Brad Parker**                                **Deputy Sheriff**

Date                                                              *Server's Signature*

                                                                  *Printed name and title*

                                                                  *Server's Address*

Additional information regarding attempted service, etc: