**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERNEST PRETE, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>JPMORGAN CHASE BANK, N.A., d/b/a )<br>Chase Bank, f/k/a The Chase Manhattan )<br>Bank, SANTANDER BANK, N.A., CASA )<br>INVESTMENTS COMPANY, and )<br>XIPHIAS ENTERPRISES, INC., )<br>)<br>    Defendants. )<br>) | Civil Action No. 18-cv-12083-RGS |

**STIPULATION OF DISMISSAL OF SANTANDER BANK, N.A. WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ernest Prete and Santander Bank, N.A., hereby stipulate to the dismissal of Santander Bank, N.A., from this action, with prejudice, with each party waiving its right of reconsideration and appeal, and with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| ERNEST PRETE,<br>By his attorneys, | SANTANDER BANK, N.A,<br>By its attorneys, |
| /s/ David S. Smith<br>David S. Smith, BBO No. 634865<br>Farrell Smith O'Connell LLP<br>27 Congress Street, Suite 109<br>Salem, MA  01970<br>978-744-8918<br>dsmith@fsofirm.com | /s/ Matthew A. Kane<br>Matthew A. Kane, BBO No. 666981<br>Laredo & Smith, LLP<br>101 Federal Street, Suite 650<br>Boston, MA 02110<br>617-443-1100<br>kane@laredosmith.com |

**CERTIFICATE OF SERVICE**

I, David S. Smith, hereby certify that a true and correct copy of this document was served upon each other party that has entered an appearance in this action, or his/its counsel of record, via email and first class mail, postage prepaid, on May 6, 2019.

                      /s/ David S. Smith
                      David S. Smith